UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN H. MERCADO,<br>    Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent | CIVIL ACTION<br>NO. 04-10043-RWZ |

**Notice Of Appearance**

Please enter my appearance as attorney for the respondent United States of America in the above-captioned action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Michael J. Pelgro
Michael J. Pelgro
Assistant U.S. Attorney

DATED:   January 23, 2004.

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Juan H. Mercado
    Inmate No. 24215-038
    FCI Ray Brook
    P.O. Box 9007
    Ray Brook, NY 12977

This 23rd day of January 2004.

/s/ Michael J. Pelgro
MICHAEL J. PELGRO
ASSISTANT UNITED STATES ATTORNEY