**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                        **Plaintiff(s)** )<br>vs.                         )<br>                               )<br>JUAN H. MERCADO             )<br>REG#24215-038              )<br>F.C.I. RAY BROOK   **Defendant(s)** )<br>P.O. BOX 9007               )<br>RAY BROOK, N.Y. 12977     )<br>                               ) | Civil Case No.:<br>04CV10043 RWZ<br><br>FILED JANUARY 2004<br>28 U.S.C. §2255 TO VACATE,<br>CORRECT, SET ASIDE SENTENCE<br>A PRISONER IN FEDERAL CUSTODY... |

## MOTION FOR APPOINTMENT OF COUNSEL

(A) I hereby request that the court appoint an attorney to represent me in the above captioned action.

(B) I have contacted the following attorneys in the private and public sector in my effort to obtain counsel:

I, JUAN H. MERCADO HAVE CONTACTED NUMEROUS ATTORNEYS IN THE AREAS OF NEW YORK STATE, WHEREAS I'VE RECEIVED NO RESPONSE, I BELIEVE DUE TO THIS IS A FEDERAL CASE ISSUE AND NOT A STATE CASE ISSUE, AND I HAVE NO FUNDS TO RETAIN AN ATTORNEY, WHEREAS IF I AM APPOINTED AN ATTOR--EY THIS WOULD BE IN THE BEST INTEREST OF JUSTICE, SO I CAN PREPARE A MORE COMPETENT DEFENSE, WHEREAS I WILL DO THE BEST I CAN TO PROCEED...

PLEASE APPOINT ME AN ATTORNEY IN THE BEST INTEREST AND THIS WOULD BE IN ACCORDANCE WITH THE "DUE PROCESS OF THE LAW CLAUSE..." & JUSTICE...

MAY GOD BLESS YOU IN A RELEVANT DECISION...

CC: COPY FILE

**NOTE:** You **must** first attempt to find an attorney on your own before you file a motion for appointment of counsel with the Court. See *Terminate Control Corp. v. Horowitz*, 28 F.3d 1335 (2d Cir. 1994).

**FORM G**

(C) I have attached to this motion the correspondence I have received from the attorneys listed above.

(D) The reasons I believe I should be appointed counsel pro bono are as follows:

DUE TO THE FACT I RECEIVED NO RESPONSE FROM ANY ATTORNEY,THIS DOES SHOW ME AND YOUR COMPETENT JURISDICTION THAT YOU MAY APPOINT ME A COM--PETENT ATTORNEY SO I CAN RECEIVE A FAIR DECISION AS UNDER THE U.S.SIXTH CONSTITUTIONAL AMENDMENT THE RIGHTS TO A FAIR TRAIL AS A 28 U.S.C.§2255 DECISION,IN THE BEST INTEREST OF JUSTICE...

MAY GOD BLESS YOU IN A RELEVANT DECISION...

CC:COPY FILE

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 2-12-04

28 U.S.C.§1746...
TRUE,CERTAIN,CORRECT STATEMENTS

Signature of Plaintiff

JUAN H.MERCADO
REG#24215-038
F.C.I.RAY BROOK
P.O.BOX 9007
RAY BROOK,N.Y. 12977

Form G.2