**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JUAN H. MERCADO** | |
|       Petitioner | |
| | **CIVIL ACTION** |
| V. | |
| | NO.  **04CV10043-RWZ** |
| **UNITED STATES OF AMERICA** | |
|       Respondent | |

**ORDER OF DISMISSAL**

**ZOBEL, D. J.**

    In accordance with the Court's Memorandum of Decision dated **7/28/04** summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2255, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                           **By the Court,**

| | |
|---|---|
|   **7/28/04**   |   **s/ Lisa A. Urso**   |
| **Date** | **Deputy Clerk** |

[odism.]